# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH MCKINNEY

NO. 2020 KW 0700

**NOVEMBER 09, 2020**

---

In Re: Joseph McKinney, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 32975.

---

BEFORE: **GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT